UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JARRETT REEVES,<br><br>    Plaintiff,<br><br>    v.<br><br>NIANTIC, INC.,<br><br>    Defendant. | Case No. 21-cv-05883-VC (LB)<br><br>**DISCOVERY ORDER**<br><br>Re: ECF No. 58 |

The district judge referred all discovery matters to the undersigned.[1] No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

Dated: June 21, 2022

LAUREL BEELER
United States Magistrate Judge

---

[1] Order of Reference, ECF No. 58.

ORDER – No. 21-cv-05883-VC (LB)