**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
Julian C. Diamond (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
         aleslie@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRETT REEVES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIANTIC, INC.,<br><br>Defendant. | Case No. 3:21-CV-05883-VC<br><br>**JOINT REQUEST FOR DISMISSAL** |

1    Plaintiff Jarrett Reeves and Defendant Niantic, Inc. (the "Parties"), by and through their respective attorneys, hereby make this joint submission, pursuant to Paragraph 56 of the Court's Standing Order for Civil Cases, to inform the Court that they have reached a pre-certification individual settlement of this action and to request that the Court enter an order dismissing this Acton with prejudice.

Plaintiff has not yet moved for class certification, and no class has been certified. Defendant vigorously disputes Plaintiff's claims. In any event, no member of any putative class will be bound by the dismissal. Where, as here, the parties do not seek dismissal of the class members' claims with prejudice, "they are not impacting the rights of potential class members." *Houston v. Cintas Corp.*, 2009 U.S. Dist. LEXIS 33704 (N.D. Cal. Apr. 3, 2009).

Moreover, further notice of the dismissal would not be warranted under *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). First, the Parties are not aware of any putative class members who are relying on the pendency of this case, which has received no mainstream publicity and only a rare mention in the legal press. Second, the pendency of this putative class action tolled the applicable statute of limitations for individual members of the putative class. *See Am. Pipe & Constr. Co. v. Utah,* 414 U.S. 538, 553-54 (1988). To the extent that any individual member of some putative class has a viable claim, which Defendant disputes, the Parties have no reason to believe that they will lose such a claim as a result of this dismissal. Third, Plaintiff's counsel represents that there has been no concession of putative class interests by the Plaintiff or his counsel, much less in order to further their own interests.

For all of these reasons, and because notification to unidentified putative class members, if possible, would be inordinately burdensome and costly, the Parties respectfully submit that further notice of the dismissal is unwarranted. The Parties hereby jointly stipulate and request that the Court dismiss the entire Action as to all parties claims with prejudice.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2023 | **BURSOR & FISHER, P.A.** |
| 2 | | By:        */s/ L. Timothy Fisher*         |
| 3 | |            L. Timothy Fisher |
| 4 | | L. Timothy Fisher (State Bar No. 191626) |
| 5 | | 1990 North California Boulevard, Suite 940 |
| | | Walnut Creek, CA  94596 |
| 6 | | Telephone: (925) 300-4455 |
| | | Facsimile:  (925) 407-2700 |
| 7 | | E-Mail: ltfisher@bursor.com |
| 8 | | **BURSOR & FISHER, P.A.** |
| | | Philip L. Fraietta (*pro hac vice*) |
| 9 | | Alec M. Leslie (*pro hac vice*) |
| 10 | | Julian C. Diamond (*pro hac vice*) |
| | | 888 Seventh Avenue |
| 11 | | New York, NY  10019 |
| | | Telephone: (646) 837-7150 |
| 12 | | Facsimile:  (212) 989-9163 |
| | | E-Mail: pfraietta@bursor.com |
| 13 | |                aleslie@bursor.com |
| 14 | |                jdiamond@bursor.com |
| 15 | | *Attorneys for Plaintiff* |
| 16 | | |
| 17 | Dated: January 24, 2023 | **COOLEY LLP** |
| 18 | | By:      */s/ Michael G. Rhodes*        |
| 19 | |          Michael G. Rhodes |
| 20 | | Michael G. Rhodes (State Bar No. 116127) |
| | | Jeffrey M. Gutkin (State Bar No. 216083) |
| 21 | | Kristine A. Forderer (State Bar No.278745) |
| | | Laura M. Elliott (State Bar No.286702) |
| 22 | | Rebecca Ferrari (State Bar No.334860) |
| | | 3 Embarcadero Center, 20th Floor |
| 23 | | San Francisco, California 94111-4004 |
| | | Telephone: +1 415 693 2000 |
| 24 | | Facsimilie: +1 415 693 2222 |
| 25 | | E-Mail: rhodesmg@cooley.com |
| | | jgutkin@cooley.com |
| 26 | | kforderer@cooley.com |
| | | lelliott@cooley.com |
| 27 | | rferrari@cooley.com |
| 28 | | *Attorneys for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from each of the other signatories. Executed on January 24, 2023 in Walnut Creek, California.

*/s/ L. Timothy Fisher*
L. Timothy Fisher